```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03897
   KENNETH J BAKALIK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9723

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/20/2008 and was confirmed 04/17/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/04/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE               UNSEC W/INTER    1067.49            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     752.04            .00            .00
WOW INTERNET AND CABLE    UNSEC W/INTER  NOT FILED            .00            .00
HSBC BANK NEVADA NA       UNSEC W/INTER     490.01            .00            .00
LVNV FUNDING              UNSEC W/INTER     355.42            .00            .00
M&T MORTGAGE              CURRENT MORTG        .00            .00            .00
M&T MORTGAGE              MORTGAGE ARRE    8930.01            .00            .00
M & T MORTGAGE CORP       NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  SECURED           370.22            .00          80.00
M&T MORTGAGE CORPORATION  NOTICE ONLY    NOT FILED            .00            .00
MARTIN J OHEARN           DEBTOR ATTY      3,174.00           .00         677.16
TOM VAUGHN                TRUSTEE                                          65.84
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  823.00

PRIORITY                                         .00
SECURED                                        80.00
UNSECURED                                        .00
ADMINISTRATIVE                                677.16
TRUSTEE COMPENSATION                           65.84
DEBTOR REFUND                                    .00
                       ---------------   ---------------
TOTALS                         823.00            823.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03897 KENNETH J BAKALIK

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE